UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

THE LEGACY ESTATE GROUP, LLC,   No. 05-14659

Debtor(s).
_____/

Order Striking Pleading
_____

The court spends considerable effort avoiding newspaper articles about cases before it, so that it can be sure that it bases its decisions on facts demonstrated in court and not merely reported in the press. In a case such as this the court's task is not an easy one. The court was therefore appalled to see that creditor Pacific Paragon Investment Fund Ltd had, on September 26, 2006, filed a motion which contained copies of newspaper articles. The court cannot rule on the objections to the motions without reviewing the motion, and cannot review the motion without risk of learning facts improperly.

According, IT IS ORDERED as follows:

    1. Said motion is stricken. The Clerk shall remove it from the docket.

    2. The parties shall meet and confer and attempt to resolve any discovery disputes themselves. The meet and confer shall be through counsel in person, and not by telephone.

    3. After meeting and conferring, if any issues remain unresolved, Paragon may renew its motion, without any reference whatsoever to press coverage, on seven days' notice.

Dated: September 29, 2006

                                                              Alan Jaroslovsky
                                                              U.S. Bankruptcy Judge